# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X

JOSEPHINE ORTEGA and JAIME H. ORTEGA,

                                   Plaintiffs,

         - against -

TARGET CORPORATION and TARGET STORES,

                                   Defendants.

-----------------------------------------------------------------X

Index No.:
Date Purchased:
**SUMMONS**

Plaintiffs designate New York
County as the place of trial.

The basis of venue is:
Residence of Defendant -
TARGET STORES

Plaintiffs reside at:
24 Cottonwood Court
Staten Island, NY 10308
County of Richmond

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    Staten Island, New York
               November 2, 2019

                                                        GLEN DEVORA
                                                      JONATHAN D'AGOSTINO & ASSOCIATES, P.C.
                                                      Attorneys for Plaintiffs
                                                      3309 Richmond Avenue
                                                      Staten Island, New York 10312
                                                      718-967-1600
                                                      Our File No. Q19906-F171108

TO:    TARGET CORPORATION
         2873 Richmond Ave
         Staten Island, NY 10314
         c/o Secretary of State

         TARGET STORES
         2873 Richmond Ave
         Staten Island, NY 10314
         c/o Secretary of State

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
JOSEPHINE ORTEGA and JAIME H. ORTEGA,

                          Plaintiffs,

            - against -

TARGET CORPORATION and TARGET STORES,

                         Defendants.
------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

     Plaintiffs, by their attorneys, JONATHAN D'AGOSTINO & ASSOCIATES, P.C., complaining of the Defendants, respectfully allege, upon information and belief:

### AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF JOSEPHINE ORTEGA

1. That at the time of the commencement of this action, Plaintiffs resided in the County of Richmond, State of New York.

2. That at all times herein mentioned, Defendant TARGET CORPORATION maintained a residence in the County of New York, State of New York.

3. That at all times herein mentioned, Defendant TARGET STORES maintained a residence in the County of New York, State of New York.

4. That the cause of action alleged herein arose in the County of Richmond, City and State of New York.

5. That this action falls within one or more of the exemptions set forth in CPLR §1602.

6. That at all times herein mentioned, Defendant TARGET CORPORATION was, and still is, a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

7. That at all times herein mentioned, Defendant TARGET STORES was, and still is, a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

8. That at all times herein mentioned, Defendant TARGET CORPORATION was, and still is, a foreign corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

9. That at all times herein mentioned, Defendant TARGET STORES was, and still is, a foreign corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

10. That at all times herein mentioned, Defendant TARGET CORPORATION owned 2873 Richmond Avenue, Staten Island, New York.

11. That at all times herein mentioned, Defendant TARGET STORES owned 2873 Richmond Avenue, Staten Island, New York.

12. That at all times herein mentioned, the aforesaid premises were operated by Defendant TARGET CORPORATION.

13. That at all times herein mentioned, the aforesaid premises were operated by Defendant TARGET STORES.

14. That at all times herein mentioned, the aforesaid premises were managed by Defendant TARGET CORPORATION.

15. That at all times herein mentioned, the aforesaid premises were managed by Defendant TARGET STORES.

16. That at all times herein mentioned, the aforesaid premises were controlled by Defendant TARGET CORPORATION.

17. That at all times herein mentioned, the aforesaid premises were controlled by Defendant TARGET STORES.

18. That at all times herein mentioned, the aforesaid premises were maintained by Defendant TARGET CORPORATION.

19. That at all times herein mentioned, the aforesaid premises were maintained by Defendant TARGET STORES.

20. That at all times herein after mentioned, Defendant TARGET CORPORATION repaired the aforesaid premises.

21. That at all times herein after mentioned, Defendant TARGET STORES repaired the aforesaid premises.

22. That on August 11, 2017, while Plaintiff was lawfully at the aforesaid location, Plaintiff was caused to slip and fall and sustain severe and permanent injuries.

23. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendants and/or said Defendants' agents, servants, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

24. That no negligence on the part of the Plaintiffs contributed to the occurrence alleged herein in any manner whatsoever.

25. That because of the above stated premises, Plaintiff JOSEPHINE ORTEGA was caused to sustain serious injuries and to have suffered pain; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

26. That by reason of the foregoing, Plaintiff JOSEPHINE ORTEGA was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF JAIME H. ORTEGA**

27. That at all times herein mentioned, Plaintiff JAIME H. ORTEGA repeats, reiterates and realleges each and every allegation contained herein as though set forth at length herein.

28. That at all times herein mentioned, Plaintiff JAIME H. ORTEGA was the spouse of the Plaintiff JOSEPHINE ORTEGA and as such was entitled to the society, services and consortium of his spouse, Plaintiff JOSEPHINE ORTEGA.

29. That by reason of the foregoing, Plaintiff JAIME H. ORTEGA was deprived of the society, services and consortium of the Plaintiff JOSEPHINE ORTEGA and shall forever be deprived of said society, services and consortium.

30. That by reason of the foregoing, Plaintiff JAIME H. ORTEGA was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants herein on all causes of action in an amount which exceeds the jurisdictional limits of the lower courts; altogether with the costs, interest and disbursements of this action.

Dated:  Staten Island, New York
November 2, 2019

GLEN DEVORA
JONATHAN D'AGOSTINO & ASSOCIATES, P.C.
Attorneys for Plaintiffs
3309 Richmond Avenue
Staten Island, New York 10312
718-967-1600
Our File No. Q19906-F171108

## VERIFICATION BY AFFIDAVIT

STATE OF NEW YORK

                ss:

COUNTY OF RICHMOND

JOSEPHINE ORTEGA, being duly sworn, says:

I am a Plaintiff in the action herein: I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my personal files.

DATED:    Staten Island, New York

X _Josephine Ortega_
JOSEPHINE ORTEGA

Sworn to before me 11/11/19

_____
Notary Public

JASON SHERMAN
Commissioner of Deeds, State of New York
Qualified in Richmond County
ID # 5-1742
My Commission Expires May 1, 2020

## VERIFICATION BY AFFIDAVIT

STATE OF NEW YORK

                ss:

COUNTY OF RICHMOND

JAIME H. ORTEGA, being duly sworn, says:

I am a Plaintiff in the action herein: I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my personal files.

DATED:     Staten Island, New York

X _____
JAIME H. ORTEGA

Sworn to before me 11/11/19

_____
Notary Public

JASON SHERMAN
Commissioner of Deeds, State of New York
Qualified in Richmond County
ID # 5-1742
My Commission Expires May 1, 2020