UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE ORTEGA and JAIME H. ORTEGA,

                      Plaintiff,                    20 Civ. 4130 (PAE)

                        -v-                              ORDER

TARGET CORPORATION,

                      Defendant.

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Target Corporation ("Target") requesting that the case-management scheduled for May 4, 2021 at 2 p.m. serve as a pre-motion conference to discuss Target's contemplated motion for summary judgment. Dkt. 17. That request is granted. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

Pursuant to the Court's Individual Rule 3(H), plaintiffs' response to Target's letter motion was due by April 22, 2021. The Court, however, has not received any such filing. To enable the Court to productively discuss Target's contemplated motion at the May 4 conference, plaintiffs are directed to file their response to Target's letter, by **Wednesday, April 28, 2021 at 5 p.m.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 26, 2021
       New York, New York